AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Malley, Kathleen M. | U.S. Court of Appeals for the Federal Circuit | 08/01/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Federal Circuit
717 Madison Place NW
Washington DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Dean's Advisory Committee, Case Western Reserve Law School |
| 2. | Master Bencher | John M. Manos Inn of Court |
| 3. | Master Bencher, President | Edward Coke Appellate Inn of Court |
| 4. | Member | Judicial Advisory Council, Sedona Conference |
| 5. | Member | Counselor, Giles S. Rich American Inn of Court |
| 6. | Member | Society of Benchers, Case Western Reserve Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/01/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Covington & Burling |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Connor Inn of Court | 01/15/13-01/16/13 | New York, NY | Annual Dinner | Train fare, lodging, and meals |
| 2. | New York Intellectual Property Lawyers Association | 03/21/13-03/22/13 | New York, NY | Annual Dinner | Train fare, lodging, and meals |
| 3. | Harvard Law School | 04/11/13-04/12/13 | Boston, MA | Speakers Series | Airfare, lodging, and meals |
| 4. | Atlanta Bar Association | 04/26/13-04/27/13 | Atlanta, GA | Atalanta Bar Springposium | Airfare, lodging, and meals |
| 5. | HarrisMartin | 05/28/13-05/29/13 | Chicago, IL | Complex Case Litigation Conference | Airfare, lodging, and meals |
| 6. | Federal Circuit Bar Association | 10/16/13-10/23/13 | Seoul, South Korea | Interacting with Korean Patent Judge counterparts | Airfare, lodging, and meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| O'Malley, Kathleen M. | 08/01/2014 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 7. | University of Toronto | 11/21/13-11/22/13 | Toronto, Ontario, Canada | Patent Colliquium | Airfare, lodging, and meals |
| 8. | American Conference Institute | 12/08/13-12/10/13 | New York, NY | Annual Meeting | Train fare, lodging, and meals |
| 9. | New York Intellectual Property Lawyers Association | 12/16/13-12/17/13 | New York, NY | Luncheon Speaker Series | Train fare, lodging, and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **O'Malley, Kathleen M.** | 08/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank | A | Interest | M | T | | | | | |
| 2. Castle Harlan Affiliates IV-A, LLP | B | Interest | K | U | Distributed (part) | 12/31/13 | J | | |
| 3. Castle Harlan Partners V, LLP | D | Interest | K | W | Distributed (part) | 12/31/13 | J | | |
| 4. CHP V Affiliates AIV, LP | | None | K | U | Distributed (part) | 12/31/13 | J | | |
| 5. Mid-Atlantic Fund of Funds II, LP | A | Interest | K | W | | | | | |
| 6. The Dinner Club I, LLC | | None | J | U | | | | | |
| 7. AEI Alien Series B Inv II, LLC | | None | K | W | | | | | |
| 8. | | | | | | | | | |
| 9. Covington Pension Plan Cash | | | | | | | | | |
| 10. Balance Account | E | Int./Div. | P1 | T | | | | | |
| 11. Covington & Burling Partnership LLP | A | Interest | P1 | W | | | | | |
| 12. | | | | | | | | | |
| 13. Charles Schwab 401k | E | Dividend | P1 | T | | | | | |
| 14. Dodge & Cox Stock | | None | | | Buy (add'l) | 10/02/13 | N | | |
| 15. American Beacon Small Cap Val Inst | | None | | | Buy (add'l) | 10/02/13 | L | | |
| 16. Lazard Emerging Market Equity Inst | | None | | | Buy (add'l) | 10/02/13 | L | | |
| 17. Pimco Total Return Inst | | None | | | Buy (add'l) | 10/02/13 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Stable Value Inst II | | None | | | Buy (add'l) | 10/02/13 | L | | |
| 19. JP Morgan Large Cap Growth RS | | None | | | Buy (add'l) | 10/02/13 | N | | |
| 20. Morgan Stanley Inst Mid Cap Growth | | None | | | Buy (add'l) | 10/02/13 | L | | |
| 21. Thornburg Int'l Equity Fund | | None | | | Buy (add'l) | 10/02/13 | L | | |
| 22. | | | | | | | | | |
| 23. Schwab Brokerage Account #1 | | | | | | | | | |
| 24. Steelpath MLP Select 40 | B | Dividend | K | T | Buy (add'l) | 02/01/13 | J | | |
| 25. DFA Emerging Mkt Value | A | Dividend | K | T | | | | | |
| 26. Dodge & Cox Int'l Stock Fund | A | Dividend | J | T | Sold (part) | 02/01/13 | J | A | |
| 27. Pimco Emerg Local Bond | B | Dividend | K | T | Buy (add'l) | 02/01/13 | J | | |
| 28. Wells Fargo Adv Int'l | A | Dividend | K | T | Buy (add'l) | 02/01/13 | J | | |
| 29. JPMorgan HiYield Select | C | Dividend | K | T | Buy (add'l) | 02/01/13 | J | | |
| 30. Pimco Comm Real Return | B | Dividend | | | Sold | 12/09/13 | K | A | |
| 31. American Fund Europacific | A | Dividend | J | T | Sold (part) | 02/01/13 | J | B | |
| 32. Pimco Foreign Bond Fund | A | Dividend | K | T | Buy (add'l) | 02/01/13 | J | | |
| 33. Vang St Exempt Fund | A | Interest | L | T | Sold (part) | 12/09/13 | J | A | |
| 34. Vang Interterm Exempt | A | Interest | | | Sold (part) | 02/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 04/10/13 | L | A | |
| 36. Vang Inflation Protected | A | Dividend | J | T | Sold (part) | 02/01/13 | J | A | |
| 37. Cohen & Steers Realty | B | Dividend | K | T | Buy (add'l) | 02/01/13 | J | | |
| 38. Ishares Trust S&P 500 | A | Dividend | K | T | Sold (part) | 02/01/13 | K | B | |
| 39. Vang Small Cap | A | Dividend | J | T | Sold (part) | 02/01/13 | J | A | |
| 40. Barkleys iPath ETN (X) | A | Dividend | K | T | Buy | 12/09/13 | K | | |
| 41. Baird Inter Muni (X) | B | Interest | L | T | Buy | 04/10/13 | L | | |
| 42. Cash Brokerage Account #1 (X) | A | Interest | J | T | | | | | |
| 43. | | | | | | | | | |
| 44. Schwab Brokerage Account #2 | | | | | | | | | |
| 45. Steelpath MLP Select 40 | C | Dividend | L | T | Buy (add'l) | 02/01/13 | J | | |
| 46. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 47. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 48. DFA Emerging Mkt Value | A | Dividend | K | T | Buy (add'l) | 02/07/13 | J | | |
| 49. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 50. Dodge & Cox Int'l Stock Fund | A | Dividend | K | T | Sold (part) | 02/01/13 | J | B | |
| 51. | | | | | Buy (add'l) | 02/07/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 53. Pimco Emerg Local Bond | B | Dividend | K | T | Buy (add'l) | 02/01/13 | J | | |
| 54. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 55. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 56. Wells Fargo Adv Int'l | B | Dividend | K | T | Buy (add'l) | 02/01/13 | J | | |
| 57. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 58. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 59. JPMorgan HiYield Select | C | Dividend | K | T | Buy (add'l) | 02/01/13 | J | | |
| 60. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 61. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 62. Pimco Comm Real Return | A | Dividend | | | Buy (add'l) | 02/07/13 | J | | |
| 63. | | | | | Buy (add'l) | 05/01/13 | K | | |
| 64. | | | | | Sold | 12/09/13 | K | A | |
| 65. American Fund Europacific | A | Dividend | K | T | Sold (part) | 02/01/13 | J | A | |
| 66. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 67. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 68. Pimco Foreign Bond Fund | A | Dividend | K | T | Buy (add'l) | 02/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 70. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 71. Vang St Exempt Fund | A | Dividend | M | T | Sold (part) | 02/01/13 | J | A | |
| 72. | | | | | Buy (add'l) | 04/03/13 | K | | |
| 73. | | | | | Buy (add'l) | 05/01/13 | K | | |
| 74. | | | | | Sold (part) | 12/09/13 | J | A | |
| 75. Vang Interterm Exempt | A | Dividend | | | Sold (part) | 02/01/13 | J | A | |
| 76. | | | | | Buy (add'l) | 04/03/13 | K | | |
| 77. | | | | | Sold | 04/10/13 | L | A | |
| 78. Vang Inflation Protected | A | Dividend | K | T | Sold (part) | 02/01/13 | J | A | |
| 79. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 80. Cohen & Steers Realty | B | Dividend | K | T | Buy (add'l) | 02/01/13 | J | | |
| 81. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 82. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 83. Ishares Trust S&P 500 | A | Dividend | L | T | Sold (part) | 02/01/13 | J | A | |
| 84. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 85. | | | | | Buy (add'l) | 05/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| O'Malley, Kathleen M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vang Small Cap | A | Dividend | K | T | Sold (part) | 02/01/13 | J | A | |
| 87. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 88. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 89. Baird Inter Muni (X) | B | Dividend | M | T | Buy | 04/10/13 | L | | |
| 90. | | | | | Buy (add'l) | 05/01/13 | K | | |
| 91. Barclay's iPath ETN (X) | | None | K | T | Buy | 12/09/13 | K | | |
| 92. Vang Ltd Term (X) | A | Interest | | | Buy | 02/14/13 | K | | |
| 93. | | | | | Sold | 04/03/13 | K | A | |
| 94. Cash Brokerage Account #2 (X) | A | Interest | K | T | | | | | |
| 95. | | | | | | | | | |
| 96. Schwab IRA #1 | D | Dividend | N | T | | | | | |
| 97. JPMorgan High Yield Fund | | None | | | Buy (add'l) | 02/01/13 | J | | |
| 98. Steelpath MLP Select 40 | | None | | | Buy (add'l) | 02/01/13 | J | | |
| 99. Pimco Emerging Local Bond Fund | | None | | | Buy (add'l) | 02/01/13 | J | | |
| 100. Wells Fargo Advtg Int'l Fund | | None | | | Buy (add'l) | 02/01/13 | J | | |
| 101. Baird Aggregate Bond Inst Fund | | None | | | Sold (part) | 02/01/13 | J | | |
| 102. DFA Emerging Mkt Value Portfolio | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pimco Comm Real Estate Return | | None | | | Buy (add'l) | 02/01/13 | J | | |
| 104. Dodge & Cox Int'l Stock Fund | | None | | | Sold (part) | 02/01/13 | J | | |
| 105. American Fund Europacific Growth | | None | | | Sold (part) | 02/01/13 | J | | |
| 106. Pimco Foreign Bond Fund | | None | | | Buy (add'l) | 02/01/13 | J | | |
| 107. Pimco Total Return Fund | | None | | | Sold (part) | 02/01/13 | J | | |
| 108. Cohen & Steers Realty Shares | | None | | | Buy (add'l) | 02/01/13 | J | | |
| 109. Vangaurd Inflation Protected Securities | | None | | | Sold (part) | 02/01/13 | J | | |
| 110. Ishares Trust S&P 500 Index | | None | | | Sold (part) | 02/01/13 | J | | |
| 111. Vanguard Small Cap Fund | | None | | | Sold (part) | 02/01/13 | J | | |
| 112. Schwab Cash Reserves | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathleen M. O'Malley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544